UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LONNA WAID,                           No. 2:10-cv-02288-MCE-JFM

      Plaintiff,

  v.                                  ORDER CONTINUING TRIAL

KV PHARMACEUTICAL COMPANY, et al.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the September 24, 2012 jury trial is vacated and continued to **April 1, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 24, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 26, 2012 Final Pretrial Conference is vacated and continued to **February 7, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 17, 2013,** and shall comply with the procedures outlined in the Court's January 14, 2011 Pretrial Scheduling Order.

///

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **January 17, 2013**.  Oppositions must be filed by **January 24, 2013**,
6 and any reply must be filed by **January 31, 2013**.  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE