MICHAEL A. HOROWITZ (State Bar No. 151239)
horowitz@habbaslaw.com
HABBAS, NASSERI & ASSOCIATES
675 North First Street, Suite 100
San Jose, California 95112
Telephone: (408) 278-0480
Facsimile: (408) 278-0488

Attorneys for Plaintiff
Lonna Waid

BONNIE LAU (State Bar No. 246188)
bonnie.lau@snrdenton.com
SNR DENTON US LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 882-5083
Facsimile: (415) 882-0300

Attorneys for Defendants
KV Pharmaceutical Company, ETHEX Corporation, and Walgreen Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNA WAID,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KV PHARMACEUTICAL COMPANY, ETHEX CORPORATION, WALGREEN COMPANY and DOES 1 to 100;<br><br>　　　　Defendants. | Case No. 2:10-cv-02288-MCE-JFM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

14995525\V-1

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lonna Waid and
2   Defendants KV Pharmaceutical Company, ETHEX Corporation, and Walgreen Company, hereby
3   stipulate and agree that this action is DISMISSED WITH PREJUDICE.

Dated:  April 12, 2012                    HABBAS, NASSERI & ASSOCIATES

                                          /S/ Michael A. Horowitz
                                          Michael A. Horowitz

                                          Attorneys for Plaintiff
                                          Lonna Waid

Dated:  April 12, 2012                    SNR DENTON US LLP

                                          /S/ Bonnie Lau
                                          Bonnie Lau

                                          Attorneys for Defendants
                                          KV Pharmaceutical Company, ETHEX
                                          Corporation, and Walgreen Company


   IT IS SO ORDERED.  The matter having been disposed of in its entirety, the Clerk of Court is hereby directed to close the file.

Dated:  April 27, 2012

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

14995525\V-1