MICHAEL A. HOROWITZ (State Bar No. 151239)
horowitz@habbaslaw.com
HABBAS, NASSERI & ASSOCIATES
675 North First Street, Suite 100
San Jose, California  95112
Telephone: (408) 278-0480
Facsimile: (408) 278-0488

Attorneys for Plaintiff
Lonna Waid

BONNIE LAU (State Bar No. 246188)
bonnie.lau@snrdenton.com
SNR DENTON US LLP
525 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 882-5083
Facsimile: (415) 882-0300

Attorneys for Defendants
KV Pharmaceutical Company, ETHEX
Corporation, and Walgreen Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNA WAID, | Case No. 2:10-cv-02288-MCE-JFM |
| Plaintiff, | |
| vs. | **STIPULATION AND  ORDER OF DISMISSAL WITH PREJUDICE** |
| KV PHARMACEUTICAL COMPANY, ETHEX CORPORATION, WALGREEN COMPANY and DOES 1 to 100; | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lonna Waid and

2  Defendants KV Pharmaceutical Company, ETHEX Corporation, and Walgreen Company, hereby

3  stipulate and agree that this action is DISMISSED WITH PREJUDICE.

4

5     Dated:  April 12, 2012                    HABBAS, NASSERI & ASSOCIATES

6

7                                        _____/S/ Michael A. Horowitz_____
                                              Michael A. Horowitz

8                                        Attorneys for Plaintiff
                                         Lonna Waid
9

10    Dated:  April 12, 2012                    SNR DENTON US LLP

11

12                                       _____/S/ Bonnie Lau_____
                                              Bonnie Lau

13                                        Attorneys for Defendants
                                         KV Pharmaceutical Company, ETHEX
14                                       Corporation, and Walgreen Company

15

16

17    IT IS SO ORDERED.  The matter having been disposed of in its entirety, the Clerk of

18  Court is hereby directed to close the file.

19  Dated:  April 27, 2012

20                                       _____

21                                       MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

---

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**